[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-14360

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MICHAEL DUFFY,

a.k.a. Michael Duffey,

a.k.a. Xtra Mike,

Defendant-Appellant.

22-10470                Opinion of the Court                2

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 5:19-cr-00019-MTT-CHW-1

_____

Before BRANCH, BRASHER, and ANDERSON, Circuit Judges.

PER CURIAM:

John Fox, appointed counsel for Michael Duffy in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Duffy's conviction and sentence are **AFFIRMED**.